IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00487-BNB

ELMER MARSH,

    Plaintiff,

v.

RICHARD MARSH, In his Individual and Official Capacities, as a Captain at the Fremont Correctional Facility,
JOHN DOE, In his Individual and Official Capacities, as a Colorado Department of Corrections Transportation Sergeant,
JOHN DOE, In his Individual and Official Capacities, as a Colorado Department of Corrections Correctional Officer, and
RENEE MARTINEZ, Health Service Administrator, In her Individual Capacity,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 23, 2009, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00487-BNB

Elmer Marsh
Prisoner No. 40449
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/23/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk