IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00487-PAB-MJW

ELMER MARSH,
#40449

Plaintiff,

v.

RICHARD PERSONS, et al.,

Defendants.

___

MINUTE ORDER
___

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion to Correct Misspelling of Defendant Richard Persons' Name (Docket No. 12) is denied.  The docket correctly reflects defendant Persons' name.  The court acknowledges that there was a typographical error on one order issued in this case (Docket No. 8).

Date: April 8, 2009