IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00487-PAB-MJW

ELMER MARSH,
#40449

Plaintiff,

v.

RICHARD PERSONS, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that the Defendants' Motion to Amend Scheduling Order (docket no. 51) is GRANTED finding good cause shown.  The settlement conference set on October 19, 2009, at 1;30 p.m. is VACATED and reset on November 30, 2009, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall file with the court their updated confidential settlement statements five (5) prior to the settlement conference.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  September 1, 2009