IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00487-PAB-MJW

ELMER MARSH, #40449,

Plaintiff,

v.

RICHARD PERSONS, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

     Due to a conflict on the court's calendar, it is hereby ORDERED that the Settlement Conference set on November 30, 2009, at 1:30 p.m., is VACATED and RESET on January 25, 2010, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their confidential settlement statements on or before January 20, 2010.

Date:  November 18, 2009