IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00487-PAB-MJW

ELMER MARSH,
#40449

Plaintiff,

v.

RICHARD PERSONS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Parties' Stipulated Motion for Protective Order (docket no. 89) is GRANTED finding good cause shown. The written Protective Order (docket no. 89-1) is APPROVED as amended in paragraph 4 and made an Order of Court.,

Date: April 15, 2010